**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**William BACON, Defendant-Appellant.**

No. 16-35855

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2017 *

Filed May 30, 2017

Timothy John Ohms, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee

Alison K. Guernsey, Assistant Federal Public Defender, FDWAID—Federal Defenders of Eastern Washington & Idaho, Yakima, WA, Defendant-Appellant

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

## MEMORANDUM **

William Bacon appeals from the district court's order denying his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

As Bacon concedes, all of his arguments on the three certified issues in this appeal are foreclosed. *See Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 895, 197 L.Ed.2d 145 (2017) (holding that "the advisory Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause and that [U.S.S.G.] § 4B1.2(a)'s residual clause is not void for vagueness").

Bacon's motion to expand the certificate of appealability is denied. *See* 9th Cir. R. 22-1(e); *Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.